IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| WILLIAM L. OWEN, III, and RUPERT WHITEHEAD, III, on behalf of themselves and all those similarly-situated who consent to representation, | * * * * * * | CIVIL ACTION NO: 7:15-cv-00209-HL |
| Plaintiffs, | * * | FLSA COLLECTIVE ACTION |
| v. | * * | |
| COGGINS PRODUCE GEORGIA, LLC, | * * * | **JURY TRIAL DEMANDED** |
| Defendant. | * * | |

## **ORDER**

This is a collective action alleging unpaid wages and overtime, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, ("FLSA").  Pursuant to 29 U.S.C. § 216(b) the compromise of FLSA claims require approval by the Court, when the payment is not made through the Department of Labor.  *See Lynn's Food Stores v. United States*, 679 F.2d 1350 (11th Cir. 1982)(holding a private suit filed by employees requires that the settlement be reviewed and approved by the Court). Therefore, the Parties are seeking this Court's approval of the settlement pertaining to the Plaintiffs' FLSA claims.

This Court has reviewed the Settlement Agreement.  The Court concludes that the terms of the Settlement Agreement are fair and reasonable.  The Court further concludes that the amount for costs and attorneys' fees are reasonable.  Therefore, this Court hereby **APPROVES** the Settlement Agreement.  This action is hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED, this 2nd day of December, 2016.

*s/Hugh Lawson*
HONORABLE HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA